IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| WILLIAM MACIOROWSKI, #245911, )<br>)<br>) <br>Plaintiff, )<br>)<br>vs. )<br>)<br>DR. ANDREA GRANT and DENTAL )<br>ASSISTANT SAMANTHA REID, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 9:06-1658-TLW<br><br>**ORDER** |

This is a civil rights action filed <u>pro se</u> by a state prison inmate. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that this action be dismissed without prejudice and without issuance and service of process. The Report is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(c), D.S.C.

The Magistrate Judge makes only a recommendation to this Court. The responsibility to make a final determination remains with the Court. <u>See</u> <u>Mathews v. Weber</u>, 423 U.S. 261, 270 (1976). The Court is charged with making a <u>de novo</u> determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. <u>See</u> 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed his Report on June 14, 2006. Plaintiff failed to file objections. In the absence of objections, the Court is not required to give any explanation for adopting the recommendation. <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object

waives appellate review.  Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court adopts the Report and incorporates it herein.  Therefore, it is the judgment of this Court that this action be **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

s/ Terry L. Wooten
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

September 7, 2006
Florence, South Carolina

*****

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.